# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

PAUL JOSETH MOORE

Plaintiff

v.

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTION

Defendant

[Cite as *Moore v. Ohio Dept. of Rehab. & Corr.*, 2011-Ohio-1860.]

Case No. 2009-09264

Judge Joseph T. Clark
Magistrate Lewis F. Pettigrew

<u>JUDGMENT ENTRY</u>

**{¶ 1}** On February 15, 2011, the magistrate issued a decision recommending that plaintiff's case be dismissed without prejudice pursuant to Civ.R. 41(B)(1).

**{¶ 2}** Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

**{¶ 3}** The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own. Plaintiff's case is DISMISSED without prejudice pursuant to Civ.R. 41(B)(1). Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Steven C. McGann
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Paul Joseth Moore
Franklin County Jail
370 South Front Street
Columbus, Ohio 43215

RCV/cmd/Filed March 31, 2011/3To S.C. reporter April 12, 2011